# Court of Appeals
# of the State of Georgia

ATLANTA,     July 02, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1989.     JACQUELYNE G. FREEMAN v. HERITAGE PARK CONDOMINIUM ASSOCIATION.

Heritage Park Condominium Association, Inc., filed suit against Jacquelyne G. Freeman in magistrate court. Following the entry of judgment, Freeman appealed to superior court, which granted summary judgment in favor of Heritage Park. Freeman then appealed directly to this Court. We, however, lack jurisdiction. Because the order that Freeman seeks to appeal disposes of a de novo appeal from a magistrate court decision, she was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
      Clerk's Office, Atlanta, 07/02/2013
      I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
      Witness my signature and the seal of said court hereto affixed the day and year last above written.


_____ , Clerk.